UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-21175-CIV-MARTINEZ-DAMIAN**

ALEX VAZQUEZ,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Melissa Damian, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Summary Judgment, (ECF No. 14), and Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to the Commissioner ("Motion to Remand") (ECF No. 16). Judge Damian filed an R&R recommending that the Motion to Remand be granted, and Plaintiff's Motion for Summary Judgment be denied as moot. (ECF No. 17 at 2–3). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Damian's R&R, (ECF No. 17), is **AFFIRMED** and **ADOPTED**. It is further **ADJUDGED** as follows:

    1.    Defendant's final administrative decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

2

      2.      On remand, the Appeals Council is directed to instruct the Administrative Law Judge to further evaluate the opinion evidence; further evaluate Plaintiff's residual functional capacity; obtain supplemental evidence from a vocational expert, if warranted; take any other action necessary to complete the administrative record; and issue a new decision.

      3.      Plaintiff's Motion for Summary Judgment, (ECF No. 14), is **DENIED AS MOOT**.

      4.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

      5.      The Court will enter a separate final judgment consistent with this Order pursuant to Federal Rule of Civil Procedure Rule 58.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of March, 2023.

                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record